The People of the State of New York, Respondent, 
against
Greisy Ramirez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered December 18, 2013, after nonjury trial, convicting her of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered December 18, 2013, reversed, on the law, accusatory instrument dismissed, and fine and surcharge, if paid, remitted.
After a nonjury trial, the judicial hearing officer convicted defendant, who was charged solely with violating an Administrative Code proscription against unreasonable noise, with disorderly conduct. Since disorderly conduct is not a lesser included offense of the charged administrative code violation, the court had no authority to consider and render judgment against defendant on this uncharged offense (see People v Mian, 39 Misc 3d 127[A], 2013 NY Slip Op 50412[U] [App Term,2nd, 11th & 13th Jud Dists 2013]; People v Robinson, 36 Misc 3d 158[A], 2012 NY Slip Op 51807[U][App Term, 2nd, 11th & 13th Jud Dists 2012]; People v Alvarez, 66 Misc 2d 205 [1971]). The judgment of conviction must therefore be reversed and the accusatory instrument dismissed.
In view of our disposition, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: June 20, 2017